MARGARET J. SOFIELD, an Infant, by LOUISE SOFIELD, Her Guardian ad Litem, Respondent, *v.* HYMAN JACOB and Others, Appellants.

Appeal from a judgment of the Supreme Court in favor of the plaintiff, dated the 3d day of June, 1907, and entered in the Sullivan county clerk's office; also from an order entered in said clerk's office on the 15th day of July, 1907, denying the defendants' motion for a new trial made upon the minutes.

PER CURIAM: The evidence in this case does not justify exemplary damages. The damages awarded are excessive. The judgment and order are, therefore, reversed, and a new trial granted, with costs to the appellant to abide the event. All concurred. Judgment and order reversed and a new trial granted, with costs to appellant to abide event.

———

Susan T. Bullock, Appellant, v. The Trustees of the Diocese of Albany and Christ Church, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Charles E. Baldwin, Respondent, v. Schenectady Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Kellogg, J., dissenting.

George Coughtry, Respondent, v. The City of Albany, Appellant, Impleaded with the United Traction Company, Defendant.— Judgment unanimously affirmed, with costs. No opinion.

Albert D. Eller and Pierre Many, Copartners, Trading under the Firm Name and Style of Eller & Many, Respondents, v. Ammann Manufacturing and Construction Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

L. A. Gardiner, Respondent, v. Albert Brown, Appellant.— Judgment unanimously affirmed, with costs. No opinion.

Mary Louise Lincoln, Appellant, v. Emma May Hine, Respondent.— Judgment and order affirmed, with costs. No opinion. All concurred, except Sewell, J., dissenting.

Michael C. Meagher, Appellant, v. The State of New York, Respondent.— Judgment affirmed, with costs. No opinion. All concurred, except Chester and Sewell, JJ., dissenting.

In the Matter of the Application of Timothy L. Woodruff for a Writ of Mandamus against James S. Whipple, as Forest, Fish and Game Commissioner of the State of New York. Timothy L. Woodruff, Appellant, v. James S. Whipple, as Forest, Fish and Game Commissioner of the State of New York, Respondent.— Order unanimously affirmed, with costs. No opinion.

Charles C. Osborne, Respondent, v. Amzi L. Barber, Appellant.— Judgment unanimously affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Charles H. Bennett, Appellant. (Action No. 3.) — Interlocutory judgment affirmed, with costs, with

leave to defendant to withdraw demurrer and answer within twenty days on payment of costs in this court and in trial court. No opinion. All concurred.

The People of the State of New York ex rel. Manhattan Silk Company, Relator, v. Otto Kelsey, as Comptroller of the State of New York, Respondent. — Determination of the Comptroller unanimously confirmed, with fifty dollars costs and disbursements. No opinion.